United States District Court
Southern District of Texas
**ENTERED**
March 22, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ANNIE LAURA RAY,** § § | |
| Plaintiff, § § | |
| VS. § § | CIVIL ACTION NO. 4:23-CV-00145 |
| **COLUMBIA BRAZORIA INDEPENDENT SCHOOL DISTRICT,** *et al.*, § § § § | |
| Defendants. § | |

## FINAL JUDGMENT

Plaintiff Annie Ray brought this suit against Defendants the Columbia Brazoria Independent School District, District Superintendent Steven Galloway, and various individual members of the Columbia Brazoria ISD Board of Trustees. The individual members of the Columbia Brazoria ISD Board of Trustees were dismissed at a hearing held on May 9, 2023. Minute Entry 05/09/2023. Subsequently, both parties moved for summary judgment. ECF Nos. 48, 58. The Court denied Plaintiff's Motion for Summary Judgment and granted Defendants' Motion for Summary Judgment in a Memorandum & Order issued on March 22, 2024.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth in that Memorandum & Order, final judgment is hereby **ENTERED** for Defendants.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 22nd day of March, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE